1  GREGORY G. KATSAS
   Acting Assistant Attorney General
2  McGREGOR W. SCOTT
   United States Attorney
3  YOSHINORI H. T. HIMEL (CA Bar No. 66194)
   Assistant United States Attorney
4       501 I Street, Suite 10-100
        Sacramento, CA 95814
5       Tel: (916) 554-2760
   JOYCE R. BRANDA
6  MICHAEL D. GRANSTON
   JESSICA S. CHAMPA, *Counsel for Service*
7  Attorneys, Civil Division
        United States Department of Justice
8       601 D Street NW, Room 9529
        Washington, D.C. 20004
9       Tel: (202) 353-2680
   Attorneys for the United States

10

11              **IN THE UNITED STATES DISTRICT COURT**

12            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13

   **UNITED STATES OF AMERICA,**            )
14                                           )
                    **Petitioner,**          )
15                                           )
             **v.**                          )     **2:08-MC-00023-MCE-EFB**
16                                           )
   **CALIFORNIA DEPARTMENT OF**              )
17 **MOTOR VEHICLES,**                       )     **ORDER**
                                             )
18                                           )
                    **Respondent.**          )
19                                           )

20        This matter is before the Court on the Petition of the United States of America for judicial

21 enforcement of an administrative subpoena issued by the Inspector General of the United States

22 Postal Service to the California Department of Motor Vehicles (CA DMV).  The Court, having

23 reviewed all pleadings in support of the United States' Petition and all pleadings in opposition

24 thereto, is of the opinion that the Petition should be GRANTED.  It is therefore ORDERED as

25 follows:

26 ///

27 ///

28 ///

1    The CA DMV shall, within fifteen (15) business days of the date of this Order, produce

2  all documents or portions of documents described in Subpoena #5724 that have been withheld or

3  redacted to date.  Upon completion of its production, the CA DMV shall confirm in writing that

4  all sections of all responsive documents have been produced.

5    IT IS SO ORDERED.

6  Dated:  June 2, 2008

7

8                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28